# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| UNITED STATES OF AMERICA *ex rel.* ANIL KINI, <br><br> Plaintiff, <br><br> v. <br><br> TATA CONSULTANCY SERVICES, LTD., <br><br> Defendant. | ) ) ) ) ) ) ) ) ) ) ) |

Civil Action No. 17cv 2526 (TSC)

**<u>FILED UNDER SEAL</u>**

## THE UNITED STATES OF AMERICA'S NOTICE OF ELECTION TO <u>DECLINE INTERVENTION</u>

Pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(4)(B), the United States notifies the Court of its decision not to intervene in this action.

Although the United States declines to intervene, we respectfully refer the Court to 31 U.S.C. § 3730(b)(1), which allows relators to maintain the action in the name of the United States; providing, however, that the "action may be dismissed only if the court and the Attorney General give written consent to the dismissal and their reasons for consenting." Id. Therefore, the United States requests that, should either the relator or the defendants propose that this action be dismissed, settled, or otherwise discontinued, this Court solicit the written consent of the United States before ruling or granting its approval.

Furthermore, pursuant to 31 U.S.C. § 3730(c)(3), the United States requests that all pleadings filed in this action be served upon the United States; the United States also requests that orders issued by the Court be sent to the Government's counsel. The United States reserves

its right to order any deposition transcripts, to intervene in this action, for good cause, at a later date, and to seek the dismissal of the relator's action or claim.  The United States also requests that it be served with all notices of appeal.

Finally, the Government requests that the relator's Complaint, this Notice, and the attached proposed Order be unsealed.  The United States requests that all other papers on file in this action remain under seal because in discussing the content and extent of the United States' investigation, such papers are provided by law to the Court alone for the sole purpose of evaluating whether the seal and time for making an election to intervene should be extended.

A proposed order accompanies this notice.

Dated:  August 23, 2022
      Washington, DC

             Respectfully submitted,

             MATTHEW GRAVES
             United States Attorney

             BRIAN P. HUDAK
             Chief, Civil Division

             BY:
             /s
             BENTON G. PETERSON, BAR # 1029849
             Assistant United States Attorney
             555 4th Street, N.W. – Civil Division
             Washington, D.C. 20530
             (202) 252-2534

– 3 –

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on August 24, 2022, I caused a copy of the foregoing Notice and proposed Order to be sent to the following by email:

Daniel **Kotchen**
KOTCHEN & LOW LLP
1745 Kalorama Road NW, Suite 101
Washington, DC 20009

To preserve the integrity of the government's ongoing investigation, the Relator has been served with copies of the Application and order, but not the Memorandum in support thereof.

_____/s_____
BENTON PETERSON
Assistant United States Attorney