UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel.* ANIL KINI,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>TATA CONSULTANCY SERVICES, LTD.,<br><br>　　　　Defendant. | Civil Action No. 17cv 2526 (TSC)<br><br>**FILED UNDER SEAL** |

**ORDER**

The United States having declined to intervene in this action pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(4)(B), the Court rules as follows:

IT IS ORDERED that,

1. The complaint be unsealed and served upon the Defendants by the Relators;

2. All other contents of the Court's file in this action remain under seal and not be made public or served upon the Defendants, except for this Order and The Government's Notice of Election to Decline Intervention, which the Relators will serve upon the Defendants only after service of the complaint;

3. The seal be lifted as to all other matters occurring in this action after the date of this Order;

4. The parties shall serve all pleadings and motions filed in this action, including supporting memoranda, upon the United States, as provided for in 31 U.S.C. § 3730(c)(3). The United States may order any deposition transcripts and is entitled to intervene in this action, for good cause, at any time;

5.  The parties shall serve all notices of appeal upon the United States;

6.  All orders of this Court shall be sent to the United States; and that

7.  Should the relators or the defendants propose that this action be dismissed, settled, or otherwise discontinued, the Court will solicit the written consent of the United States before ruling or granting its approval.

IT IS SO ORDERED,

This _____ day of _____, 2022

_____
United States District Judge