## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, *ex rel.* ANIL KINI, | Civil Action No. 1:17-cv-02526-TCS |
| Plaintiff, | Hon. Tanya S. Chutkan |
| v. | |
| TATA CONTULTANCY SERVICES, LTD. | |
| Defendants. | |
| | Filed: December 9, 2025 |

## PLAINTIFF'S MOTION TO REOPEN CASE AND FOR INITIAL CASE MANAGEMENT CONFERENCE

## <u>PLAINTIFF'S MOTION TO REOPEN CASE AND FOR INITIAL CASE MANAGEMENT CONFERENCE</u>

Plaintiff-Relator Anil Kini ("Plaintiff") moves this Court for an Order reopening the case following the United States Court of Appeals for the D.C. Circuit's August 8, 2025 Judgment, affirming dismissal of Plaintiff's False Claims Act ("FCA") claim and reversing dismissal of his retaliation claim. Dkt. 51-1. Plaintiff also respectfully requests that the Court schedule an initial Case Management Conference in this matter so that discovery can commence and the parties can progress the case.

Plaintiff filed this FCA lawsuit on November 22, 2017, alleging that Defendant Tata Consultancy Services, Ltd. ("TCS") commits fraud against the United States in connection with its visa application practices and that TCS retaliated against Plaintiff for engaging in protected conduct in an effort to prevent one or more FCA violations. Dkt. 1; Am. Compl. ¶¶ 1-3, 97-106 (Dkt. 39-1). The operative First Amended Complaint brings two causes of action against TCS: (1) a reverse-FCA claim under 31 U.S.C. § 3729(a)(1)(G) relating to TCS's fraudulent visa practices; and (2) a retaliation claim pursuant to 31 U.S.C. § 3730(h)). Dkt. 39-1 ¶¶ 97-106.

This Court granted TCS's Motion to Dismiss on February 7, 2024, dismissing both claims. Dkts. 47, 48. Plaintiff then appealed that Order to the United States Court of Appeals for the D.C. Circuit. Dkt. 49. On August 8, 2025, the Court of Appeals issued a Judgment, affirming dismissal of Plaintiff's FCA claim, and reversing dismissal of his retaliation claim. Dkt. 51-1. The Court of Appeals then issued its Mandate on September 16, 2025. Dkt. 51.

Over two months have now passed since the Mandate was issued, and as such, Plaintiff respectfully requests that this Court reopen the case and schedule an initial Case Management Conference.

1

Pursuant to Civil Local Rule 7(m), Counsel for Plaintiff conferred with Counsel for TCS concerning this motion, and TCS consents to the requested relief. The parties have agreed that TCS's shall file its answer to the First Amended Complaint on or before December 30, 2025.

Dated:  December 9, 2025

By: /s/Daniel Low
KOTCHEN & LOW LLP
1918 New Hampshire Avenue NW
Washington, DC 20009
Telephone: (202) 471-1995
Fax: (202) 280-1128
dkotchen@kotchen.com

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served on all counsel of record by electronic service through the Clerk of the Court's CM/ECF filing system.

DATED:  December 9, 2025

By: /s/ Daniel Low

2