**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT COLUMBIA**

| | |
|---|---|
| ANIL KINI, on behalf of THE UNITED STATES OF AMERICA, | |
| Plaintiffs, | Civil Action No. 1:17-cv-02526-TSC |
| v. | Hon. Tanya S. Chutkan |
| TATA CONSULTANCY SERVICES, LTD., | |
| Defendant. | |

**[PROPOSED] ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION TO REOPEN CASE AND FOR INITIAL CASE MANAGEMENT CONFERENCE**

The Court, having considered Plaintiff's Unopposed Motion to Reopen Case and for Initial Case Management Order, hereby ORDERS that this case be reopened. The Court shall issue a separate Order setting an initial Case Management Conference. Defendant shall file its Answer to the First Amended Complaint on or before December 30, 2025.

It is so ORDERED on this _____ day of _____, 2025.

_____              _____
                                                 Hon. Tanya S. Chutkan
                                                 United States District Judge

1